

# COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

June 22, 2015

Samuel Beale
5821 Southwest Fwy., Ste. 416
Houston, TX 77057-7531

Christine Elaine Reinhard
Schmoyer Reinhard LLP
17806 IH 10 West, Suite 400
San Antonio, TX 78257

RE:    Court of Appeals Number:    04-15-00338-CV
       Style:    Arthur Butcher v. City of San Antonio, Acting by and
       through its agent City Public Service Board d/b/a CPS Energy

Dear Counsel:

After reviewing the Civil Docketing Statement, the Court has determined the parties will not be ordered to participate in Alternative Dispute Resolution. This appeal will proceed with the applicable appellate deadlines as set forth in the Texas Rules of Appellate Procedure.

Sincerely,

Marialyn Barnard, Justice

MB/ma